Abel Acosta
Clerk of Court of Criminal Appeals.
P.O. Box 12308, Capitol Station.
Austin, Texas 78711

29,870-04

WR-29,870-03

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk

RE: Notification if recieved 11.07 Cause Nos. 1282632-A,
& 1282633-A.

Abel Acosta Sir.

Would you please search your files to see if your office has recieved two (2) post-conviction(s) 11.07 Habeas Corpus in Cause Nos. 1282632-A and 1282633-A. Also Sir. on August 26, 2015. This Honorable Court of Criminal Appeals enter an order to Judicial District Court Judge Respondent. in WR-29,870-03 to submit a response in the above cited Cause Nos. within 30 days from the above cited date. Unto this date 10-13-2015 Relator has No Notification from the Honorable Abel Acosta of reciept of these Writs. Therefore Respondent Judicial District Court 180th Judge has disregarded said order by this Honorable Court of Criminal Appeals. Would you please bring this default before the Court of Criminal Appeals Judge who ordered it that they would be informed that their order has been disregarded. Your assistance in such grave matters are far well appreciated

WR-29,870-03     Date 10-13-2015

Respectfully Requested
Bobby Henry #1719613

Bobby Henry #1719613
Wayne Scott Unit
6999 Retrieve Rd
Angleton, Texas 77515